Sandeep Singh (CSB 321995)
STONEBRIDGE COUNSEL
1990 N. California Blvd., Suite 830
Walnut Creek, CA 94596
Ph: (925) 255-0121
Fax: (925) 322-6216
sandeep@stonebridgecounsel.com
Attorney for Defendant TERESA SU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ROWEN AND TERESA SU,<br><br>Defendants. | Case No.: 19-cr-486-CRB<br><br>DECLARATION OF DEFENDANT TERESA SU |

On October 13, 2021, Dr. Teresa Su's co-defendant Dr. Robert Rowen appeared before the Court and pled guilty to one count of tax evasion. Pursuant to an agreement, the government has agreed to dismiss all charges against Dr. Teresa Su upon the filing of the attached Declaration of Dr. Teresa Su. **Exhibit A.**

Executed on October 13, 2021, in Walnut Creek, California.

/s/ *Sandeep Singh*
SANDEEP SINGH
Attorney for Defendant Dr. Teresa Su

# EXHIBIT A

## DECLARATION OF TERESA SU

I, TERESA SU, hereby declare under penalty of perjury that the following information is true and correct:

1. I am a co-defendant in the above-captioned case. I am sixty-nine (69) years old.
2. I have been married to Robert Rowen since 2001. Robert Rowen is my co-defendant in the above-captioned case.
3. I reside with my husband at our home in Sebastopol, California.
4. Both Robert Rowen and I are medical doctors and practice alternative medicine at our clinic (the "Medical Clinic") in Santa Rosa, California.
5. In March 2014, the Internal Revenue Service ("IRS") executed a civil seizure pursuant to a Writ of Entry at the residence I share with my husband, Robert Rowen, and the Medical Clinic, and seized gold and silver coins. I do not claim to have a financial interest in any of the gold and silver coins that the IRS seized.
6. I do not currently own or have any financial interest in the gold and silver coins that the IRS seized from my residence and the Medical Clinic in March 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of October, 2021.

_____
Dr. Teresa Su